UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **VENITHER JOHNSON,** Individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **VOLUNTEER HOME CARE, INC.,** | ) ) ) |
| Defendant. | ) ) ) |

No. 1:21-cv-01118-STA-jay

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (ECF No. 20.) By agreement and consent, the parties stipulate that the above-captioned matter should be dismissed with prejudice. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 83.13(a) of this Court, all claims asserted in this matter are **DISMISSED** with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: January 26, 2022.