UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| **VENITHER JOHNSON,** Individually and on behalf of others similarly situated, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **VOLUNTEER HOME CARE, INC.,** | CASE NO: 21-1118-STA-jay |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the ORDER OF DISMISSAL WITH PREJUDICE entered on January 26, 2022, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 1/27/2022

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By)   Deputy Clerk